IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN J. BROOKS, | CIVIL NO. 12-00160 JMS/ KSC |
| Plaintiff, | |
| vs. | |
| ANGELA CHRISTINE SMITH, ET AL., | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 19, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 12, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge